■ In the Matter of NATIONAL FUEL GAS DISTRIBUTION CORPORATION, Respondent, v EDWARD T. ZEHLER, as Tax Assessor for the City of Batavia, Appellant.—Order unanimously modi-

fied, on the law, and, as modified, affirmed, with costs to petitioner, in accordance with same memorandum as in *Matter of National Fuel Gas Distrib. Corp. v Coffman* (126 AD2d 939 [decided herewith]). (Appeal from order of Supreme Court, Genesee County, Morton, J.—extend time to file note of issue.) Present—Callahan, J. P., Denman, Boomer, Green and Balio, JJ.